UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-813-MOC

| RYAN ZHANG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| AMAZON.COM SERVICES, LLC, et al., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a Motion to Dismiss or, in the Alternative, to Consolidate by Sedgwick Claims Management Services, Inc. and Zurich American Insurance Co. (Doc. No. 7). Defendants seek dismissal or consolidation of this action with Ryan Zhang v. Amazon.com, Inc., Civil Action No. 3:23-CV-648-FDW ("Plaintiff's First Case"). Also pending is a Motion to Dismiss by Defendant Amazon.com Services, LLC. (Doc. No. 19).

Defendants' motion (Doc. No. 7) is **GRANTED** to the extent that this matter is consolidated with Plaintiff's First Case.

**SO ORDERED**.

Signed: December 9, 2024

Max O. Cogburn Jr.
United States District Judge

1